# United States District Court
## Southern District of Georgia

ALLEN ALPHONZO ADAMS,

Petitioner,

v.

SHERIFF JOHN WILCHER; CHATHAM COUNTY SUPERIOR COURT; and CHATHAM COUNTY PAROLE OFFICE,

Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-94

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with this Court's order dated May 31, 2019, adopting the Report and Recommendations of the U.S. Magistrate Judge as the opinion of this Court, the Petitioner's Petition for Writ of Habeas Corpus is dismissed without prejudice for lack of exhaustion of administrative remedies. This case stands closed.

Approved by: _____

| | |
|---|---|
| June 7, 2019 | Scott L. Poff |
| Date | Clerk |
| | Pam Hammock |
| | (By) Deputy Clerk |